**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| JOHN VOLKIRCH, an individual,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>SAFEWAY INC., a Delaware Corporation,<br><br>　　　　　　　Defendant. | CASE NO.  2:21-cv-01352 RSL<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

The Court, having reviewed the records and files herein, and the foregoing stipulation, and deeming itself fully informed, hereby ORDERS, ADJUDGES and DECREES that Plaintiff is granted leave to file his First Amended Complaint adding a federal cause of action under the Age Discrimination in Employment Act and removing a federal cause of action under the Paid Family and Medical Leave Act.  This right to amend

ORDER GRANTING PLAINTIFF
LEAVE TO FILE FIRST AMENDED COMPLAINT - 1
Case No.: 2:21-cv-01352 RSL

VANGUARD LAW, LLC
PO BOX 939
POULSBO WA  98370
Office (206) 488-8344

is granted to Plaintiff without prejudice or limit to any answers or affirmative defenses that have been or may be asserted by Defendant in response.

DATED this 22nd day of December, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Approved as to form;
Notice of presentation waived.

| VANGUARD LAW, PLLC | LANE POWELL PC |
|---|---|
| By /s/ Spencer Nathan Thal<br>Spencer Nathan Thal, WSBA #20074<br>Vanguard Law, PLLC<br>PO Box 939<br>Poulsbo WA 98370<br>Phone: (206) 488-8344<br>Email: spencer@vanguardlawfirm.com<br><br>*Attorney for Plaintiff* | By /s/ D. Michael Reilly<br>D. Michael Reilly, WSBA No. 14674<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, Washington 98111-9402<br>Email: reillym@lanepowell.com<br><br>*Attorney for Defendant* |
| By /s/ Zachariah Thal<br>Spencer Nathan Thal, WSBA #55462<br>Vanguard Law, PLLC<br>PO Box 939<br>Poulsbo WA 98370<br>Phone: (206) 818-2499<br>Email: zach@vanguardlawfirm.com<br><br>*Attorney for Plaintiff* | By /s/ Priya B. Vivian<br>Priya B. Vivian, WSBA No. 51802<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, Washington 98111-9402<br>Email: vivianp@lanepowell.com<br><br>*Attorney for Defendant* |

ORDER GRANTING PLAINTIFF
LEAVE TO FILE FIRST AMENDED COMPLAINT - 2
Case No.: 2:21-cv-01352 RSL

VANGUARD LAW, LLC
PO BOX 939
POULSBO WA 98370
Office (206) 488-8344