THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN VOLKIRCH, an individual,

Plaintiffs,

v.

SAFEWAY INC., a Delaware Corporation,

Defendant.

CASE NO.  2:21-cv-01352-RSL

**STIPULATED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

**NOTE ON MOTION CALENDAR: 3/30/2022**

**Federal Rule of Civil Procedure 41(a)(1)**

**CLERK'S ACTION REQUIRED**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate that the Court should dismiss the above-referenced action.  The parties agree that pursuant to Federal Rule of Civil Procedure 41(a)(1), the dismissal is with prejudice.  In addition, the parties stipulate that this dismissal shall be without an award of attorney's fees or costs to either party.

///

///

STIPULATED MOTION FOR VOLUNTARY DISMISSAL – 1
Case No.:  2:21-cv-01352-RSL

008501.0068/8934774.2

RESPECTFULLY SUBMITTED this 30th day of March, 2022.

VANGUARD LAW, PLLC

By */s/ Spencer Nathan Thal*
 Spencer Nathan Thal, WSBA #20074
 Vanguard Law, PLLC
 PO Box 939
 Poulsbo WA  98370
 Phone: (206) 488-8344
 Email: spencer@vanguardlawfirm.com

*Attorney for Plaintiff*


By */s/ Zachariah Thal*
 Spencer Nathan Thal, WSBA #55462
 Vanguard Law, PLLC
 PO Box 939
 Poulsbo WA  98370
 Phone: (206) 818-2499
 Email: zach@vanguardlawfirm.com

*Attorney for Plaintiff*

LANE POWELL PC

By */s/D. Michael Reilly*
 D. Michael Reilly, WSBA No. 14674
 1420 Fifth Avenue, Suite 4200
 P.O. Box 91302
 Seattle, Washington 98111-9402
 Email: reillym@lanepowell.com

*Attorney for Defendant*


By */s/Priya B. Vivian*
 Priya B. Vivian, WSBA No. 51802
 1420 Fifth Avenue, Suite 4200
 P.O. Box 91302
 Seattle, Washington 98111-9402
 Email: vivianp@lanepowell.com

*Attorney for Defendant*

**STIPULATED** MOTION FOR VOLUNTARY DISMISSAL – 2
Case No.:  2:21-cv-01352-RSL

VANGUARD LAW
PO BOX 939
POULSBO, WA  98370
Office (206) 488-8344

008501.0068/8934774.2