UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN VOLKIRCH, an individual,<br><br>Plaintiffs,<br>v.<br><br>SAFEWAY INC., a Delaware Corporation,<br><br>Defendant. | CASE NO. 2:21-cv-01352-RSL<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE** |

**ORDER**

The Court, having reviewed the records and files herein, and the foregoing stipulation, and deeming itself fully informed, hereby ORDERS, ADJUDGES and DECREES that this case is DISMISSED with prejudice.

Dated this 31st day of March, 2022.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE - 1
Case No.: 2:21-cv-01352 RSL

VANGUARD LAW, LLC
PO BOX 939
POULSBO WA 98370
Office (206) 488-8344